UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT - HARTFORD DIVISION

IN THE MATTER OF ) IN PROCEEDINGS UNDER CHAPTER 13

**RICHARD J. PAHOLSKY & SUSAN H. PAHOLSKY** ) CASE NO. 10-21512 ASD

    DEBTOR(S) )

### ORDER CONFIRMING FIRST AMENDED CHAPTER 13 PLAN

The debtor's plan was filed on __5/20/10__, and was modified on __9/23/10__. A summary of the plan, or a summary of the final modification of the plan, was transmitted to the creditors under Bankruptcy Rule 3015. The court finds that the plan meets the requirements of 11 U.S.C. Section 1325.

IT IS ORDERED THAT:

The debtor's Chapter 13 plan is confirmed, with the following provisions:

1.     Payments:

    Amount of each payment:    **$615.00 TWICE MONTHLY ON THE 15TH AND FINAL DAYS OF THE MONTH, BEGINNING 10/15/10.**

    Due date of each payment: the __N/A__ day of each month.

    Period of payments:    **60** months, and until a **100%** dividend **plus 0.26%** interest per annum is paid to creditors holding allowed unsecured non-tax claims, 100% **plus 18%** interest per annum is paid to creditors holding general unsecured and priority municipal tax claims, and 100% **plus 12%** interest per annum is paid to any State of Connecticut Department of Revenue Service general unsecured and priority tax claims, and 100% **plus 8%** interest per annum is paid to any Internal Revenue Service general unsecured and priority tax claims.

    **Payable to:**
    MOLLY T. WHITON, STANDING TRUSTEE
    P. O. BOX 610
    MEMPHIS TN 38101-0610

    Payroll Deduction:
    __xx__   Unless previously ordered, the debtor's employer is ordered to deduct payments from the debtor's earnings, draw checks in the name of the standing trustee, and deliver or mail the same to the standing trustee on or before each due date under further order of this court.
    ___   No payroll deduction is ordered.

2.     Attorney's Fees: The debtor's attorney is awarded a fee in the amount of $3600.00, of which $1000.00 is due and payable from the estate.

3.     **RICHARD'S EMPLOYER:**     UNITED TECHNOLOGIES – UTC RESEARCH CENTER

        ATTN: PAYROLL DEPARTMENT RE EMPL ID #100625
        1101 KENNEDY ROAD MS541-08
        WINDSOR CT 06095

Dated: September 24, 2010

                                                                                   Albert S. Dabrowski
                                                                       United States Bankruptcy Judge